MARY J. MAYNE, Respondent, *v.* NASSAU ELECTRIC RAILROAD COMPANY et al., Appellants.

*Mayne* v. *Nassau Electric R. R. Co.*, 151 App. Div. 75, affirmed.
(Argued February 11, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered June 3, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the maintenance of a street railway in front of plaintiff's premises, she being the owner of the fee in the street, and for damages.

*Edward W. Hatch, Charles L. Woody* and *George D. Youmans* for appellants.

*Charles H. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.